

# CAUSE NO. 12-15-00173-CR

# IN THE COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT

## TYLER, TEXAS

| | | |
|---|---|---|
| MICHAEL BENJAMIN JOHNSON, COURT<br>APPELLANT | } | APPEALED FROM 241ST DISTRICT |
| V. | } | IN AND FOR |
| THE STATE OF TEXAS,<br>APPELLEE | } | SMITH COUNTY, TEXAS |

## ORDER

Came on for review the status of the instant appeal, and the same having been considered, it appears that Appellant is not currently represented by counsel.

On May 18, 2015, the Docketing Statement was due to be filed. TEX. R. APP. P. 32.2. On July 2, 2015, this Court notified Appellant that a Docketing Statement was to be filed and gave him until July 13, 2015, to file it. Thereafter, when no Docketing Statement was filed, Appellant was again notified on July 14, 2015, that the Docketing Statement was past due and was given until July 24, 2015, to file a Docketing Statement. As of the date of this Order, no satisfactory response has been received.

Pursuant to TEX. R. APP. P. 32.2 it is ORDERED that the Honorable Jack Skeen Jr., Judge of the 241st District Court of Smith County, shall immediately conduct a hearing to determine the cause of Appellant's failure to file the Docketing Statement and whether the Appellant has abandoned the appeal.

It is FURTHER ORDERED that the trial court determine whether: (1) Appellant is indigent and entitled to the appointment of counsel on appeal; (2) Appellant has sufficient funds to retain counsel; or (3) Appellant desires to represent himself on appeal.

It is ADDITIONALLY ORDERED that once findings are made as to the above issues, the trial court shall appoint counsel, give Appellant an appropriate deadline for retaining counsel, or administer the appropriate warnings concerning the dangers of self-representation, in accordance with its findings and the court shall also take necessary action to insure the prompt filing of the Docketing Statement with this Court.

It is FINALLY ORDERED that a supplemental record containing the court's findings of fact and conclusions of law and any appropriate order(s) attendant thereto be certified to this Court on or before **August 28, 2015**.

**WITNESS** the Honorable James T. Worthen, Chief Justice of the Court of Appeals, 12th Court of Appeals District of Texas, at Tyler.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this the 29th day of July 2015, A.D.



CATHY S. LUSK, CLERK
12TH COURT OF APPEALS

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk